**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | : Case No. 18-cr-359 (JDB) |
| **THOMAS KENNEDY McCORMICK,** *et al.*, | : |
| **Defendant.** | : |

**ADDENDUM TO
MOTION TO DISMISS FOR PREINDICTMENT DELAY,
OR ALTERNATIVELY FOR A HEARING
ON THE ISSUE OF PREINDICTMENT DELAY**

Defendant Thomas Kennedy McCormick, by and through undersigned counsel, previously moved this Honorable Court to dismiss the indictment pending against him, on the grounds that 5th Amendment Due Process rights have been violated by inordinate and unjustified pre-indictment delay. As part of that motion and in subsequent court appearances, the defense specifically requested discovery pertaining to delay and reasons for delay in charging Mr. McCormick. At the status conference held before this Court on Sept. 9, 2019, the Government announced it had concluded its search for discoverable information relating to this issue, and that they had no additional information to turn over to the defense.

On September 10, 2019, the government sent an email to defense counsel that included a subpoena return, addressed to a former AUSA who had been assigned the case prior to current counsel. That subpoena return, in the form of a fax transmission from Comcast (hereinafter, the "Comcast Return") is dated January 13, 2010. The substance of the subpoena return establishes that an IP address associated with the then-pending Zeus malware purchase by an undercover agent was associated with the family name and address in Cambridge, Massachusetts.

1

In the government's opposition to the defendant's motion to dismiss for pre-indictment delay, the pleading provides a lengthy and self-congratulatory account of how and why it took so long for Thomas McCormick to be fully identified and charged. (Document 44, pages 1-8). The government used particularly cryptic language in glossing over the Comcast Return, simply saying that "…agents thought they had linked an IP address used by Fubar to a house in Cambridge, Massachusetts." (Doc 44, p. 5). They went on to mention a 2010 failed surveillance at the McCormick home (apparently a drive-by operation by agents on one occasion) and then return to specificity in describing the January 28, 2011 "FUBAR!" email, in which an agent emailed an image of Mr. McCormick's new driver's license to the case agent. While the government was clearly conceding that Thomas McCormick was fully identified and associated with the Zeus malware transaction by January 28, 2011, their precisely imprecise characterization of the Comcast Return served the purpose of obscuring the fact that Thomas McCormick's IP address, and physical address, was squarely in the government's possession as of January 13, 2010, two days before completion of the Zeus malware purchase. Even before the malware purchase from a high school student was complete, then, the FBI actually possessed his family name and the family's physical address. It would be another seven months before the FBI did their fleeting "surveillance" of the McCormick home, two months before Thomas McCormick turned 18.

Dated: October 3, 2019

Respectfully Submitted,

*/s/ James M. Trusty*
James M. Trusty
Ifrah PLLC
D.C. Bar No. 198359
1717 Pennsylvania Avenue, NW, Suite 650
Washington, DC  20006
Tel: (202) 524-4176
Fax: (202) 524-4141

Email: jtrusty@ifrahlaw.com

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 3rd day of October, 2019, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in another authorized manner for those counsel or parties authorized to receive electronically Notices of Electronic Filing.

                              */s/ James M. Trusty*
                              James M. Trusty