**FILED**

MAR 03 2020

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 18-359(JDB) |
| | : | |
| | : | **UNDER SEAL** |
| v. | : | |
| | : | |
| THOMAS KENNEDY McCORMICK, a/k/a "fubar," | : | |
| | : | |
| Defendant. | : | |

### AGREED STATEMENT OF FACTS IN SUPPORT OF GUILTY PLEA

The United States of America, through its attorney, the United States Attorney for the District of Columbia, submits the following statement of facts in support of the defendant's guilty plea to Count 1, conspiracy to commit RICO in violation of 18 U.S.C. § 1962(d), and count three, aggravated identity theft in violation of 18 U.S.C. § 1028A, of the indictment. The defendant, with the assistance of counsel has reviewed the below statement of facts, and agrees that the following facts are accurate and support the guilty plea in this case, which will be adopted by him under oath during the plea colloquy. If the Government were to proceed to trial, the Government would present the following facts:

1. The defendant's full name is Thomas Kennedy McCormick ("MCCORMICK"). He is a United States citizen, born October 15, 1992.

2. Federal law enforcement agencies, led by the Federal Bureau of Investigation, ("FBI") investigated a criminal internet forum known as Darkode. Darkode was an online-password-protected internet forum in which computer hackers and other cyber-criminals convened to buy, sell, trade, and share information, ideas, and tools to facilitate unlawful intrusions into other people's computers and electronic devices. Darkode's home page was



located on the internet at http://darkode.com. Public access to the forum was not available. Prospective members of Darkode were vetted through a process in which an existing member invited a prospective member to the forum for the purpose of presenting the skills or products that he or she could bring to the group. Darkode members used each other's skills and products to create and modify software designed to infect computers and electronic devices with malware, primarily for the purpose of generating revenue for its members and associates. The members collaborated over the forum and separately through direct message accounts and/or private chat rooms to create programs to gain access to, and control over, computers, and devices, including those hosting websites. The forum was run by an Administrator, and thereafter by a succession of Administrators. The defendant MCCORMICK was identified as a member of the Darkode forum. His participation continued and eventually he became an administrator of the forum.

3. MCCORMICK and the co-conspirator defendants Matjaz SKORJANC, Florencio Carro RUIZ, Mentor LENIQI, together and with others, were all members and associates of the Darkode forum. The members of the Darkode forum participated as conspiracy, which fits the legal definition of a racketeering enterprise as defined by 18 U.S.C. §1961(d). The members and associates engaged in, among other things, racketeering predicate acts including but not limited to:

    a. 18 U.S.C. § 1951 (relating to interference with commerce, robbery, or extortion);

    b. 18 U.S.C. § 1343 (relating to wire fraud);

    c. 18 U.S.C. § 1344 (relating to financial institution fraud);

    d. 18 U.S.C. § 1029 (relating to fraud and related activity in connection with access devices);



e.  18 U.S.C. § 1028 (relating to fraud and related activity in connection with identification documents);

f.  18 U.S.C. § 1030(a)(1) (relating to the protection of computers); and 18 U.S.C. § 1030(a)(5)(A) (resulting in damage as defined in §1030(c)(4)(A)(i)(II) through (VI)).

4.  The members committed at least two of these racketeering acts in furtherance of the enterprise objectives between 2009 and 2013.

5.  By September 2008, the Darkode forum was created and registered on the internet with a website (home page) at http://darkode.com. At some point after 2013, the forum moved to a section of the web known as the Dark Web or TOR (the onion router).

6.  Darkode promoted itself as the "Best Malware Marketplace on the Net." The members collaborated over the forum website to create programs to gain access to and control over computers and devices including those computers hosting websites. They would post finished malware products for sale on other websites (like those accessible to the public) and would post finished "hacker" products for sale to other members of the Darkode forum.

7.  In order to facilitate the operation of Darkode, certain members rose in prominence and assumed management duties of the Darkode forum. Using the moniker "Iserdo," SKORJANC was reputed to be the first Administrator of the Darkode. The Administrator served as a manager and controller of activities on the forum. The Administrator had authority to eject a member by revoking his/her access. His leadership extended from September 2008 to at least until March 2010. There followed a succession of Administrators. Members participated and communicated on the Darkode usually using monikers. MCCORMICK using the moniker "Fubar," emerged as one of the last Administrators of the Darkode. He was accepted as a member as early as 2009. The



Administrator of the Darkode forum acted to assure the overall success of the forum, moderated and managing forum conversation threads for selling and providing the latest malware, managed efforts of the forum to create or render malware undetectable to antivirus software currently on the market or currently in use, facilitated access to botnets, facilitated the creation of infrastructure to host a botnet known as bulletproof hosting and bulletproof domains, provided other members with access to databases of stolen PII like names, social security numbers, dates of birth, email lists for spam, and to provide access to compromised servers. At times, the Administrator would broker sales of malware on behalf of a creator member of the forum. In addition, the Administrator would resolve or attempt to resolve complaints by members of the forum when there were disputes about sharing proceeds from criminal profit-making activities.

8. Members strove to achieve anonymity in order to evade detection by law enforcement. In order to preserve anonymity, even among themselves, members were careful to interact online using their email monikers, e.g., iserdo@gmail.com.

9. Members usually avoided monetary transactions that might reveal the identity of those involved. Proceeds of the sale of botnet and malware activities often involved internet money processors. Beginning with SKORJANC, and continuing through with MCCORMICK, they and others in the forum preferred to use internet money processors such as Liberty Reserve and Webmoney. Occasionally, forum members used money remitters like Western Union to purchase money orders or to conduct wire transfers. Many forum members were careful to avoid using ordinary financial institutions like banks to pay for malware because such institutions did not assure anonymity, that is, they usually required disclosure of real-world identities. For example, MCCORMICK did not accept wire transfers for payment because such transactions often required the payor to



identify the recipient of the transfer and the remitter would require the recipient to produce documentation of their identity (like a driver's license) when picking up the funds from such a transfer. MCCORMICK also did not cash out proceeds from his online criminal computer activity and avoided the exchange of virtual currencies to a debit/credit card, because such transactions often revealed the real-world identity of the recipient.

10. In addition, members regularly used encrypted internet chat programs to protect their communications from interception and/or to evade detection by law enforcement. Jabber and Microsoft Instant ("MSN") Messenger, were among the types of software that permitted users to "chat" online in real time, in contrast with email. P2P (Peer-to-Peer) computing or networking software was often used by members to facilitate the transfer of data between computers.

11. To achieve the goals of the conspiracy and generate revenue, members were permitted to list malware on the Darkode website even if it had not been created in cooperation with another member.

12. Members advertised their malware creations, including botnets, on the Darkode forum. For example, SKORJANC created a bot software known as Butterfly Bot ("BFBOT"). By October 2008, he had listed it for sale on Darkode at a price of 350 Euros for the basic version, and he would accept payment at that time by Western Union or other "money brokers." The posting on Darkode listed the overall description and purpose of the BFBOT as follows:

> Bot designed to stealthy run on winnt based systems (win2k to winvista) and to stealthy and efficiently spread via 3 above mentioned methods, which were specially designed and improved compared to already known public methods. The bots purpose is not attacking, phishing, stealing person info or servin as socks server. All these features can be added for additional price or uploaded and executed on bot (as it supports download command).

5



SKORJANC advertised the bot as the "newest product that is modular in nature," that is, he allowed customers to choose specific capabilities of the botnet software. He advertised that the software also had the capability to steal sensitive information including usernames and passwords for banks and other financial institutions from users of Firefox and Internet Explorer web browsers and included DDOS (Distributed Denial of Service) features. SKORJANC explained that the BFBOT was capable of infecting any version of MSN Messenger, and was capable of altering the text entered into MSN Messenger. SKORJANC advertised that the BFBOT was undetectable on novirusthanks.org, a website that permitted the public to scan a given software file with a number of antivirus products.

13. Another example of advertisements for malware on Darkode was that, on or before December 2009, RUIZ advertised on the Darkode website that he was selling access to his botnet. This botnet was known as the Mariposa botnet, which was a customized version of the Butterfly Bot (BFBOT) created by SKORJANC. SKORJANC and RUIZ collaborated to refine the Mariposa botnet.

14. RUIZ also used the Mariposa botnet himself to execute a DDOS attack on website www.telegrow.com for the purpose of extortion. In exchange for stopping the attack, RUIZ demanded payment of 1,000 Euros.

15. Members of Darkode shared access to compromised computers, which enabled others to use an existing botnet to upload and install malicious software, called "installs," and were negotiated on a price per computer. For example, RUIZ profited by selling access to compromised computers that were part of his Mariposa botnet. The Mariposa botnet resulted in 2.6 million IP addresses compromised simultaneously and

over ten million computers with unique IP addresses eventually compromised by this botnet. Of those 2.6 million IP addresses identified as compromised, 400,000 were identified as belonging to IPs in the United States. Of those 400,000 compromised IP addresses, 5,700 were registered to entities in Washington, D.C., and six of those entities were registered to United States Government entities in Washington, D.C.

16. To achieve the goals of the conspiracy and generate revenue, members not only marketed malware on the Darkode forum, they communicated with each other to assure that the malware would accomplish the criminal purposes intended. For example, in April 2010, LENIQI negotiated, for $60, the sale of thirteen compromised servers for which he had illegally obtained full administrative access. The buyer was a person communicating with LENIQI through a server located in Washington, D.C. LENIQI explained that the compromised servers were located in several different datacenters in the United States, Europe, Russia, and China. The sale was completed over the internet payment processor PayPal. In support of the sale, LENIQI explained that he had purchased the BFBOT from SKORJANC and used that malicious software to create his own botnet, which he was now using to sell access to others on the Darkode forum.

17. LENIQI had purchased a version of the BFBOT, called the Butterfly Flooder Bot from SKORJANC because he was interested in using the bot to conduct DDOS attacks. Before acquiring the Butterfly Flooder Bot, on January 9, 2010, LENIQI discussed with RUIZ the capabilities of the Butterfly Flooder Bot. RUIZ assured LENIQI that it possessed capabilities of launching a strong DDOS attack. On January 11, 2010, LENIQI contacted SKORJANC who agreed to sell the Butterfly Flooder Bot software for 500 Euro, which funds were sent to a bank account located in Maribor, Slovenia. In such conversations, the members of the Darkode forum could and did openly discuss their

7



criminal intentions. They could obtain assurance from other Darkode forum members of the quality of malware offered for sale on the Darkode forum, and conduct transactions with assurance that the malware would accomplish the criminal tasks for which the buyer intended. In such manner, members of the Darkode forum could exchange ideas, knowledge, and advice, with assurance that the forum would provide a tightly controlled marketplace for buyers and sellers of computer malware.

18.     Darkode forum members also worked collaboratively to assist each other in the sale of malware. For example, between December 14, 2009 and January 15, 2010, another person, acting in undercover capacity for the Federal Bureau of Investigation ("FBI"), posed as a member of the Darkode forum and purchased the Zeus malware from MCCORMICK. The two identified each other over the Darkode forum website and continued to transact the sale of the Zeus malware by continuing conversations over an internet chat program. Over the internet chat program, MCCORMICK stated that he was offering to sell "installs" and he would also assist with the sale of Zeus. Zeus, also known as Zeus Trojan or Zeus Bot, was malware used to harvest banking credentials from victims for the purpose of electronically stealing funds from those victims. MCCORMICK agreed to facilitate the sale of Zeus malware on behalf of its author and therefore directed the purchaser to send $7,200 to the Webmoney account belonging to the author. When the transaction was verified, MCCORMICK supplied the purchaser with a link to download the malicious software. The Zeus malware was so effective that, by August 2009, it had been used to infect 60,000 computers, which were used to generate stolen data from users of those computers and others approximately 200 million times, giving the Zeus creator and his customers' access to unique PII and bank account credentials and information.

19.     In another instance illustrative of collaborative effort, in which forum



members would work together to engage in criminal profit-making activities, MCCORMICK associated with another forum member identified as "Solotech," to engage in bank fraud. The two created software known as a "cookie cleaner" malware program which, when inserted into a computer, would force the victim who was using the infected computer to log back on to a bank account by clearing the bank connection session before completion. Once the victim logged back in to establish the banking connection, the malware would harvest (capture) PII, including the victim's username, password, PIN numbers, and answers to security questions. This malware enabled the harvesting of large quantities of PII, which was used to commit bank fraud.

20.     Members also collaborated in documenting how to use the malware that they designed. The manual for BFBOT v1.5 listed SKORJANC as the developer and primary contact for the Butterfly Bot. The Spanish language version of the same manual listed RUIZ as the contact for BFBOT for Spanish speakers. Both manuals included instructions on how to use the POST data grabber. A POST data grabber is a tool for harvesting victims' login credentials.

21.     MCCORMICK, alone and in collaboration with other forum members, also participated in pay-per-install activity, for example, he and others installed ransomware by means of a pay-per-install affiliate program, and sold "installs" to others.

22.     Members of the forum generated so much stolen PII and banking credentials that they frequently used external digital storage devices to retain all the data. MCCORMICK and other Darkode members used various external storage devices, like thumb drives and microSD cards (digital storage devices like the memory card used in digital cameras), to retain stolen credentials. These devices often had Structure Query Language (SQL) databases commonly used for managing large amounts of data, which



they used to store thousands of usernames and passwords. Such storage allowed easy access, which in turn, allowed them to use this data for hundreds or thousands of fraudulent transactions.

23. Further investigation revealed that at the time of the inquiry, MCCORMICK, acting as the Darkode administrator known as fubar, had logged into the Darkode forum as recently as September 13, 2013, about two months before execution of the search warrant at his dorm room at Amherst. The investigation of the Darkode forum grew to an international scale. The evidence showed that MCCORMICK, as the administrator fubar, performed some of the following functions: he assured the overall success of the forum, including but not limited to moderating and managing forum threads selling and/or providing the latest malware, services to render malware undetectable to antivirus software currently in use, access to botnets, infrastructure to host a botnet known as bulletproof hosting and bulletproof domains, access to databases of stolen personal identifier information ("PII") such as social security numbers and dates of birth, email lists for spam, and administrator access to compromised servers.

24. Investigation of the Darkode forum revealed that MCCORMICK, and at least 12 others, associated and conspired to buy, sell, and trade malware, botnets, and stolen PII used to steal money from others. Each conspirator used the Darkode forum to exchange their skills and products. Some of those conspirators who participated in the Darkode forum were identified as follows:

"Iserdo" also known as Matjaz SKORJANC of Slovenia,

"Mafi" also known as Johan Anders Gudmunds, of Sweden,

"Android," also known as Morgan C. Culbertson of Pittsburgh, Pennsylvania,

"Phastman" also known as Eric L. Crocker, of Binghamton, New York,



"Nav" also known as Naveed Ahmed, of Tampa, Florida,

"Rzor" also known as Murtaza Saifuddin, of Karachi, Pakistan,

"Loki" also known as Daniel Placek, of Glendale, Wisconsin,

"Specialist" also known as Sean Tiernan, of Wisconsin, and

"Iceman" also known as "r0x," also known as Mentor LENIQI of Slovenia.

MCCORMICK also collaborated with others on the Darkode forum known as Snipa (Vlad Lalovic), Parabola, Boxi, Black Mamba, Solotech, and Jam3s.

25. According to FBI computer forensic examination, MCCORMICK's participation in the Darkode forum as a conspirator using the moniker fubar can be documented back to March 21, 2009. MCCORMICK did not turn eighteen until October 15, 2010. Although he joined the conspiracy as a juvenile, he continued his participation after he reached the age of majority. Darkode website forum logs show that in September 13, 2013, he logged in as fubar to the Darkode. On August 25-27, 2012, MCCORMICK and a Darkode forum member known by the moniker "Snipa," intruded into a website called ziddu.com and discovered vulnerabilities which allowed them to steal 4.8 million user email addresses and passwords and the two posted their discovery for sale on the Darkode forum. In 2013, MCCORMICK logged in as an Administrator of the Darkode at least 631 times until and including September 2013. Further, a computer seized from MCCORMICK on December 5, 2013, in Amherst, Massachusetts, showed a file recording the sale of "ngrbot" to customer 0001 "Iceman," who is also known as Mentor LENIQI. That transaction occurred June 14, 2011, after LENIQI's arrest in Slovenia for computer offenses and presumably before his conviction in Slovenia. MCCORMICK, aka Fubar, created the ngrBot to harvest a group of enslaved computers that could be commanded to inject malware into other computers and to do so on a massive scale. NgrBot was a malware he also posted for sale on the Darkode. These

11



latter transactions occurred after MCCORMICK had reached the age of majority.

### Statement of Defendant

26. On December 5, 2013, FBI agents executed a search warrant on MCCORMICK's residence at the University of Massachusetts--Amherst in student housing. They confronted MCCORMICK about his conduct on the Darkode forum. He was not under arrest and he agreed to answer the agent's questions and stated that he wished to cooperate. During the interview, he admitted that he participated in the Darkode forum years prior and that he had multiple accounts on the Darkode forum. He indicated that he had not been participating on the forum for a while, and that he had moved on with his life. He identified email and Jabber accounts he used on the Darkode forum and stated that he used the moniker "fubar" on that forum. He explained that Darkode was started by another individual who used the moniker Iserdo. The members were from all over the world. For example, another associate, Black Mamba, was from Argentina and was a computer security expert. A person using the moniker Mafi took over leadership of the Darkode forum after the arrest of Iserdo in Slovenia. MCCORMICK identified many other participants in Darkode by their monikers. He admitted to the criminal activity engaged by those in the Darkode forum and that he participated in their criminal computer hacking and malware spreading activities. He was familiar with the creator of the Zeus malware and recalled that he "gave" it to a person he knew as Dethan, who in turn paid the creator of Zeus for acquisition. (Dethan was the name used by an undercover FBI agent.) During the interview, MCCORMICK admitted that much of his criminal activity from the Darkode forum was stored on the devices seized from his dorm room.

27. MCCORMICK explained that proceeds from the sale of botnet and malware activity involved internet money processors known as Liberty Reserve and Webmoney. He



claimed that Western Union (a money remitter known to sell money orders and conduct wire transfers) was used to exchange funds from Liberty Reserve, but that he did not accept wire transfers. He explained that he did not cash out proceeds from his criminal activity online and that he avoided the exchange of virtual currencies on to a debit/credit card. He stated that he used most of his proceeds to purchase servers and computer infrastructure for botnets and to further his criminal activity.

28. MCCORMICK admitted to agents that he "partnered up" with other members of the Darkode forum to engage in criminal profit-making activities but that sharing proceeds was a problem among the group. He was aware of complaints among the forum members that they were frequently "screwed over by partners." He elaborated about a partnership with another Darkode forum participant who went by the moniker "Solotech"; He and Solotech created a "cookie cleaner" program which, when inserted into a computer, would force the victim using the infected computer, to log back on to their bank account by clearing the bank connection session. Once the victim logged back in, a computer Trojan virus implanted in the victim computer would harvest ("capture") PII--like the victim's username, password, PIN numbers, and answers to security questions. In such a manner, the botnets could be used to obtain large quantities of PII, which was then used to commit bank fraud.

29. MCCORMICK admitted that he participated in pay-per-install activity (*e.g.*, he installed ransomware for a pay-per-install affiliate program) and sold "installs" to other individuals. MCCORMICK had proficient computer skills that were so sophisticated that he wrote computer code that could be used to insert into a victim computer and that code was undetectable to antivirus programs on the market.



## Evidence from MCCORMICK's Digital Devices

30. On December 5, 2013, FBI agents executed a search warrant at MCCORMICK's University of Massachusetts -Amherst dormitory and seized 3 USB thumb drives, a microSD card, a Windows 8 Pro Surface, an iPhone 4, and an Apple laptop. Computer forensic examiners recovered voluminous amounts of malware from the devices. For example, one of the USB thumb drives contained malware such as key loggers, banking Trojan virus malware such as Carberp, iStealer, and Zeus—all of which are known computer viruses/malware used to steal banking credentials.

31. Digital media seized from MCCORMICK's dormitory contained over seven million unique user names and passwords, which were dumped from a database using SQL (Structured Query Language) commands or harvested via malware. SQL is a special purpose programming language designed for managing data held in a database. Computer forensic evidence shows that the user names and passwords were harvested with a keylogger, and some of the user names were email addresses.

32. On December 5, 2013, MCCORMICK possessed a USB thumb drive that contained stolen credit card information, bank login data, and PII such as name, address, phone number, dates of birth, and account names and numbers. MCCORMICK's drive contained over 30,000 credit/debit card numbers belonging to over 1,600 financial institutions. Analysis revealed 21,639 verified compromised accounts including 13,070 Visa; 5,292 MasterCard; 2,132 American Express (American Express Bank); and 1,145 Discover card accounts. The credit/debit card numbers belonged to victim bank institutions including Bank of America (2,960 accounts), JP Morgan Chase (2,834 accounts), and Wells Fargo/Wachovia (1,519 accounts). Investigation of the compromised American Express accounts on MCCORMICK's seized thumb drive revealed that American Express (American Express Bank) reported



$312,461 in fraud associated with the 2,132 accounts. JP Morgan Chase reported that there was $366,532 in fraud associated with the 2,805 stolen accounts on the thumb drive. These banks were federally insured under Federal Deposit Insurance Corporation. The fraud amount evidence found in the thumb drive was at least $678,993. Although the files do not reveal who used those card accounts for the fraudulent transactions, McCormick was in possession of 21,639 of those stolen accounts and PII which had been used to commit bank fraud, which supports the counts charged as aggravated identity theft. Count Three involved the possession of PII belonging to a victim (whose initials are M.E., known to the Government) along with his credit card number and other PII, and that person (a resident of the District of Columbia) was the victim of credit card fraud.

33. On December 5, 2013, MCCORMICK also possessed a microSD card. A microSD card is a computer storage device like a thumb drive and most resembles the kind of computer storage card used in digital cameras. The microSD card contained evidence of criminal activity conducted with the Darkode forum. In particular, it contained files about ngrBot, including a list of 37 unique ngrBot customers. MCCORMICK was a key player in ngrBOT's creation as he along with two others on the Darkode forum created it. MCCORMICK then acted as the sales manager for ngrBot and the ngrBot was advertised for sale on the Darkode website. The ngrBot functioned as a computer hacker tool with a multitude of features to facilitate fraud through the theft of PII and banking credentials. The ngrBot was designed to avoid detection by antivirus software. The ngrBot files found on the microSD card allowed for the stealthy execution of a file downloaded to a victim computer (the stealth feature allowed the intrusion of the software by avoiding detection by antivirus software). The ngrBot's features included: a proactive defense to remove competing malware; a DNS modifier which blocked domains on infected computers and prevented



antivirus updates; functionality to initiate a distributed denial of service attack against a web site or webserver; Internet Explorer and Firefox browser key loggers (which are used to capture usernames and passwords); functionality to spread malware via USB devices such as removable media and external hard drives; and, a functionality to allow ngrBOT to spread malware via MSN Messenger, an instant messaging software program. All such features of ngrBot were designed to infiltrate a victim computer, spread malware, and to steal PII and banking credentials, which in turn can be used to commit fraud.





Respectfully submitted,

TIMOTHY J. SHEA
UNITED STATES ATTORNEY
D.C. Bar No. 437437

PETER V. ROMAN
Assistant United States Attorney
D.C. Bar Number 984996
Telephone: (202) 252-7115
Email: Peter.Roman@usdoj.gov

By:

JOHN P. DOMINGUEZ
Assistant United States Attorney
D.C. Bar No. 959809
Cyber Crime Section
555 4th Street, NW #4229
Washington, DC 20001
(202) 252-7684
E-mail: John.Dominguez@usdoj.gov

_____
Reviewed and Agreed
Thomas Kennedy McCormick,
Defendant.

Date: **2/28/2020**

_____
Reviewed
James Trusty, Attorney for the
Defendant

Date: 2/28/00

17

